UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEM INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Case No.  23-cv-02329-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 140 |

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

**Defendants' motion to dismiss is hereby GRANTED, and the FACC is hereby DISMISSED without further leave to amend. See Zucco Partners, 552 F.3d at 1007 (affirming dismissal without leave to amend where district court advised plaintiff of pleading deficiencies and plaintiff failed to correct such deficiencies in amended pleading)**

Dated: 12/18/2025

Mark B. Busby, Clerk of Court

_____
Tracy Geiger
Deputy Clerk